**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SL-X IP S.A.R.L., <br><br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | 1:18-cv-10179 (RJS) |

## RULE 7.1 DISCLOSURES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Morgan Stanley, Morgan Stanley Capital Management, LLC, Morgan Stanley & Co. LLC, Morgan Stanley Distribution, Inc., Prime Dealer Services Corp. and Strategic Investments I, Inc., which have been named as defendants in the above-captioned matter, make the following disclosures through their undersigned counsel.

## LIST OF PARENT COMPANIES

Defendant Morgan Stanley is a publicly held corporation that has no parent corporation.

Defendant Morgan Stanley Capital Management, LLC, is a limited liability company whose sole member is Defendant Morgan Stanley.

Defendant Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Defendant Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Defendant Morgan Stanley.

Defendant Morgan Stanley Distribution, Inc. is a subsidiary corporation of Defendant Morgan Stanley.

Defendant Prime Dealer Services Corp. is a corporation wholly owned by Defendant Morgan Stanley & Co. LLC, a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Defendant Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Defendant Morgan Stanley.

Defendant Strategic Investments I, Inc. is a corporation wholly owned by Defendant Morgan Stanley.

LIST OF PUBLICLY-HELD CORPORATIONS
OWNING 10% OR MORE OF STOCK

Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Dated:   November 20, 2018
       New York, New York

Respectfully Submitted,

/s/ Daniel Slifkin
Daniel Slifkin
Michael A. Paskin
Damaris Hernández
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone:  (212) 474-1000
dslifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com

*Attorneys for Defendants Morgan Stanley;
Morgan Stanley Capital Management, LLC;
Morgan Stanley & Co. LLC; Morgan Stanley
Distribution, Inc.; Prime Dealer Services
Corp.; and Strategic Investments I, Inc.*